```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/14/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Guadalupe Maria Schranz,**

                              **Plaintiff,**

              **-against-**

**Commissioner of Social Security,**

                              **Defendant.**

**1:22-cv-09489 (LGS) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge is available to conduct all proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent. To determine whether the parties wish to voluntarily consent, the plaintiff is directed to transmit to defendant's attorney on or before Tuesday, February 28, 2023, a copy of a consent form[1] bearing either (1) a signature indicating consent to the Magistrate Judge conducting all proceedings in this matter or (2) a notation that the plaintiff does not consent.

On or before March 7, 2023, defense counsel is directed to contact the Deputy Clerk, Katherine Lopez, by email at Aaron_NYSDchambers@nysd.uscourts.gov. Defendant's counsel

---

[1] The form can be found at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

shall inform the Deputy Clerk whether all parties have consented to the Magistrate Judge conducting the proceedings in this matter. If any party has not consented, counsel for the defendant shall <u>not</u> inform the clerk which of the parties have not consented but shall merely state that there has not been consent by all parties.

In the event that both parties have consented, counsel shall send by email the fully executed form to judgments@nysd.uscourts.gov.

This Order is not intended to interfere with the parties' right to have a trial and/or any other dispositive proceedings before a United States District Judge. The parties are free to withhold their consent without adverse substantive consequences, although this will prevent the Court's jurisdiction from being exercised by a United States Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

**SO ORDERED.**

DATED:       New York, New York
             February 14, 2023

_____
STEWART D. AARON
United States Magistrate Judge