**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GUADALUPE MARIA S.,

                Plaintiff,                22 **CIVIL** 9489 (GRJ)

      -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated December 18, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 13) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 15) is GRANTED; and this case is DISMISSED. Final judgment entered in favor of the Commissioner and the case is closed.

**Dated:** New York, New York
           December 18, 2023

                                                      RUBY J. KRAJICK
                                                        Clerk of Court

                           **BY:**      _____
                                                              **Deputy Clerk**